FILED
CLERK, U.S. DISTRICT COURT

APR - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 2:08-574-SVW |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) ) Allegations of Violations of Probation |
| SHERI FARNHAM RATE, | ) Supervised Release) ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( x )  the appearance of defendant as required; and/or

    (B)  ( x )  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_She will cooperate with probation as ordered._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_She will comply with court orders. She failed to report residential and employment changes._

IT IS ORDERED that defendant be detained.

DATED: April 3, 2012

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2